O'KEEFE *et al.* v. HENRY.

HILL, J. The verdict directed by the court was demanded by the evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1034.    JANUARY 15, 1919.

Interpleader. Before Judge Walker. Taliaferro superior court. May 27, 1918.

*Hawes Cloud,* for plaintiff in error.

*Samuel H. Sibley* and *Alvin G. Golucke,* contra.